```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY,                :
:
                        Plaintiff,                              :
:  24-cv-5368 (LJL)
            -v-                                                 :
:  ORDER
ACCREDITED SURETY AND CASUALTY      :
COMPANY,                                                  :
:
                        Defendant.                          :
                                                                     X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    No party appeared at the initial pretrial conference scheduled for October 29, 2024, at 12:00 p.m.  The initial pretrial conference is rescheduled for November 12, 2024, at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  Plaintiff is warned that continued failure to appear may result in dismissal of the case for failure to prosecute.

    SO ORDERED.

Dated: October 29, 2024
       New York, New York  
                                                  LEWIS J. LIMAN
                                          United States District Judge